**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Douglas Akira HIRANO, Defendant–Appellant.**

No. 06–16808.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008 *.

Filed Sept. 23, 2008.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*United States v. Chacon–Palomares,* 208 F.3d 1157, 1158 (9th Cir.2000), and we affirm.

Hirano contends that his sentence was imposed in violation of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Shepard v. United States,* 544 U.S. 13, 125 S.Ct. 1254, 161 L.Ed.2d 205 (2005). We affirm because the new rules of constitutional law that he purports to rely upon have not been made retroactive by the Supreme Court. *See* 28 U.S.C. § 2255; *see also Dodd v. United States,* 545 U.S. 353, 358, 125 S.Ct. 2478, 162 L.Ed.2d 343 (2005); *United States v. Cruz,* 423 F.3d 1119 (9th Cir.2005) (per curiam).

**AFFIRMED.**

Michael K. Kawahara, Esq., Office of the U.S. Attorney PJKK Federal Building, Honolulu, HI, for Plaintiff–Appellee.

Douglas Akira Hirano, Big Spring, TX, pro se.

Before: TASHIMA, SILVERMAN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Douglas Akira Hirano appeals pro se from the district court's judgment denying as untimely his 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253. We review de novo,

** This disposition is not appropriate for publi-

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.